MARK DUNTZ, as Trustee for the Holders of Bonds and Coupons Secured by a Mortgage Executed by the GRANGER BREWING COMPANY, Appellant, *v.* GRANGER BREWING COMPANY et al., Defendants, and PFAUDLER COMPANY, Respondent.

Reported below, 96 App. Div. 631.

(Submitted June 12, 1905; decided June 16, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 1, 1904, affirming a judgment in favor of defendant Pfaudler Company, entered upon a decision of the court on trial as Special Term.

The motion was made upon the grounds that the plaintiff trustee and the bondholders whom he represents have no further interest in the subject-matter of the litigation and are, therefore, disqualified from prosecuting the appeal, and that the right to appeal has been waived by a sale of the property in dispute pursuant to the judgment of the trial court.

*Hiram R. Wood* for motion.

*Thomas K. Smith* opposed.

Motion denied, with ten dollars costs.